May 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GARY WILLMORE, Appellant

NO. 14-12-00060-CV                          V.

KAREN A QUIGLEY, Appellee

_____

This cause, an appeal from the judgment signed October 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Gary Willmore, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.